**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: DMCA Subpoena to YouTube, LLC : | |
| : | |
| : | Case No. 1:21-mc-0017 |
| : | |
| : | |
| : | **DECLARATION OF** |
| : | **ADAM C. SHERMAN** |
| : | |
| : | |
| : | |

I, Adam C. Sherman, Esq., declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP. I represent Aerus LLC ("Aerus"), which owns the copyright to the images, videos, and marketing materials it created to market Aerus products.

3. Aerus discovered the Youtube Channel NanoLab SG, located at the URL https://www.youtube.com/channel/UCmJsDh5lbVOObh2wHdDyi5g. A video listed on this channel incorporates a portions of a video created by Aerus or Aerus is the copyright owner. The video was located at this URL: https://www.youtube.com/watch?v=UiFZHrAgbnY&t=5s. The posting of this video on the "NanoLab SG" Youtube channel infringes Aerus' copyright.

4. The YouTube channel NanoLab SG is hosted by YouTube, LLC ("YouTube").

5. Aerus seeks to subpoena YouTube for documents containing identifying information relating to the identity of the person or entity who/that operates the YouTube channel at https://www.youtube.com/channel/UCM7oQDsmL3VmXVVcc5RwwZQ.

6. The objective of subpoenaing YouTube is to obtain the identity of the alleged infringer, and such information that Aerus obtains from YouTube will only be used for the purpose of protecting Aerus' rights under 17 U.S.C. § 101, *et seq.*

7. Attached as Exhibit 1 to this Declaration is a true and correct copy of the notification sent to YouTube, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: August 5, 2021

/s/ Adam C Sherman
Adam C. Sherman, Esq.