Sherman Decl., Ex. 1

## Sherman, Adam C.

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, July 26, 2021 1:32 PM |
| **To:** | 'copyright@youtube.com' |
| **Subject:** | DMCA Notification |

Hello,

My name is Adam Sherman, and I am outside counsel for Aerus LLC and ActivePure Technologies, LLC (collectively, "ActivePure"). My complete contact information is below.

The following material posted on the Youtube account of "NanoLab SG" (https://www.youtube.com/channel/UCmJsDh5lbVOObh2wHdDyi5g) infringes copyrights held by ActivePure:

https://www.youtube.com/watch?v=UiFZHrAgbnY&t=5s


ActivePure currently has the original video that is being infringed posted here:

https://vimeo.com/497738880

I have a good faith belief that the use of the material in this manner is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner of the copyrights.


/s/ Adam Sherman



### Adam C. Sherman

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
**www.vorys.com**